In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-19-00115-CV
_____

NANNETTE CARLEY, Appellant

V.

TOMBALL INDEPENDENT SCHOOL DISTRICT, Appellee

**On Appeal from the 284th District Court**
**Montgomery County, Texas**
**Trial Cause No. 17-11-13325-CV**

**MEMORANDUM OPINION**

On May 10, 2019, the trial court ruled that Appellant, Nannette Carley, was not entitled to proceed with her appeal without payment of costs. On May 31, 2019, we notified the parties that the appeal would be dismissed without further notice unless the filing fee was paid and arrangements were made for filing the record or the appellant explained why additional time was needed to file the record. The appellant did not respond to the Court's notice. *See* Tex. R. App. P. 20.1. Appellant

1

failed to pay the filing fee or otherwise respond to the Court's notice. There being no satisfactory explanation for failure to pay the filing fee or file the record, the appeal is dismissed for want of prosecution. *See* Tex. R. App. P. 37.3(b),(c), 42.3.

APPEAL DISMISSED.

_____
CHARLES KREGER
Justice

Submitted on June 10, 2019
Opinion Delivered June 11, 2019

Before Kreger, Horton, and Johnson, JJ.